# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS PASINGER, | ) | 3:07-CV-0452-BES (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 11, 2008 |
| | ) | |
| STARBUCKS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to compel Starbucks Corporation to provide further responses to Thomas Pasinger's request for production of documents, set four (#65). Defendant opposed the motion (#68) and defendant replied (#71). The court has reviewed the pleadings and papers filed herein, and for good cause appearing,

**IT IS ORDERED** that plaintiff's motion to compel Starbucks Corporation to provide further responses to Thomas Pasinger's request for production of documents, set four (#65) is **DENIED**.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:            /s/
                                        Deputy Clerk