1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA - NORTHERN DIVISION

| | |
|---|---|
| THOMAS PASINGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington corporation; RICH SODERBERG, an individual; DOROTHY KIM, an individual; PAM HARKINS, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 3:07-CV-00452-HDM-VPC<br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL**<br><br>HON. HOWARD D. MCKIBBEN<br>DEPT. 4<br><br>COMPLAINT FILED: October 2, 2007<br>DISC. CUTOFF: July 11, 2008<br>MOTION CUTOFF: June 13, 2008<br>TRIAL DATE: May 26, 2010 |

16
17
18
19
20
21
22
23  ///
24  ///
25  ///
26  ///
27  ///
28

938447

1

STIPULATION OF DISMISSAL

**COME NOW** all parties in the above-captioned action and, pursuant to their settlement agreement, hereby stipulate to the dismissal with prejudice of this action, including all claims asserted therein.  Each party shall bear its or his own costs and expenses of litigation, including attorneys' fees.

DATED:  July 16, 2010					HOLLINS•SCHECHTER

							By: _____/s/_____
							KATHLEEN MARY KUSHI CARTER
							CHRISTINE R. ARNOLD
							Attorneys for Plaintiff, THOMAS PASINGER

DATED:  July 16, 2010					LITTLER MENDELSON

							By: _____/s/_____
							SUSAN HEANEY HILDEN
							Attorneys for Defendant, STARBUCKS CORPORATION

ORDER

It is so ORDERED.
Date: July 19, 2010

_____
U.S. DISTRICT COURT JUDGE

938447

2

STIPULATION OF DISMISSAL